Joel E. Tasca
Nevada Bar No. 14124
Andrew S. Clark
Nevada Bar No. 14854
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone:  702.471.7000
Facsimile:  702.471.7070
tasca@ballardspahr.com
clarkas@ballardspahr.com

*Attorneys for Defendant*
*JPMorgan Chase Bank, N.A.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES TOM, an individual,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; and JPMORGAN CHASE BANK, N.A.,<br><br>Defendants. | CASE NO.  2:22-cv-01106-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR JP MORGAN CHASE BANK, N.A. TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

Defendant JPMorgan Chase Bank, N.A.'s response to Plaintiff Charles Tom's complaint currently is due August 3, 2022.  JPMorgan Chase Bank, N.A. has requested, and Plaintiff has agreed, that JP Morgan Chase Bank, N.A. has up to and including August 17, 2022 to respond to Plaintiff's complaint, to provide time for JPMorgan Chase Bank, N.A. to investigate Plaintiff's allegations and for the parties to continue to discuss potential early resolution of the claims asserted against JPMorgan Chase Bank, N.A..

*[Continued on following page.]*

DMFIRM #404285847 v1

This is the first request for such an extension, and it is made in good faith and not for purposes of delay.

Dated: August 1, 2022

| BALLARD SPAHR LLP | FREEDOM LAW FIRM |
|---|---|
| By: /s/ *Andrew S. Clark* | By: /s/ *Gerardo Avalos* |
| Joel E. Tasca | Michael Kind, Esq. |
| Nevada Bar No. 14124 | KIND LAW |
| Andrew S. Clark | 8860 South Maryland Parkway, Suite 106 |
| Nevada Bar No. 14854 | Las Vegas, Nevada 89123 |
| 1980 Festival Plaza Drive, Suite 900 | |
| Las Vegas, Nevada 89135 | George Haines, Esq. |
| | Gerardo Avalos, Esq. |
| *Attorneys for Defendant* | FREEDOM LAW FIRM |
| *JPMorgan Chase Bank, N.A.* | 8985 S. Eastern Avenue, Suite 350 |
| | Las Vegas, Nevada 89123 |
| | *Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: August 3, 2022